# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2014

## NO. 03-11-00682-CR

**Ramon Martinez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 147TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PURYEAR AND ROSE
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment entered by the trial court on October 6, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment. Therefore, the Court affirms the trial court's October 6, 2011 judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.